

# Fourth Court of Appeals
## San Antonio, Texas

June 6, 2022

No. 04-22-00112-CV

John **CLARK**,
Appellant

v.

Maria Elzbieta **CLARK**,
Appellee

From the 438th Judicial District Court, Bexar County, Texas
Trial Court No. 2019-CI-20250
Honorable David A. Canales, Judge Presiding

# O R D E R

The reporter's record was due May 19, 2022, but it was not filed. On June 1, 2022, the court reporter filed a notification of late record, stating the reporter's record was not filed because appellant had failed to pay or to make arrangements to pay the court reporter's fee for preparing the record and appellant was not entitled to appeal without paying the fee. We therefore **order** appellant to provide written proof to this court stating either (1) the reporter's fee has been paid or arrangements have been made to pay the reporter's fee; or (2) appellant is entitled to appeal without paying the reporter's fee **by June 16, 2022**. If appellant fails to respond within the time provided, appellant's brief will be due within thirty (30) days from the date of this order, and the court will consider only those issues or points raised in appellant's brief that do not require a reporter's record for a decision. *See* TEX. R. APP. P. 37.3(c).

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 6th day of June, 2022.



Michael A. Cruz,
Clerk of Court